UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| GEORGE N. MURR, Derivatively On Behalf Of Nominal Defendant MOLSON COORS BREWING COMPANY,<br><br>      Plaintiff,<br>    v.<br><br>PETER H. COORS, PETER J. COORS, GEOFFREY E. MOLSON, ANDREW T. MOLSON, MARK R. HUNTER, BETTY K. DEVITA, MARY LYNN FERGUSON-MCHUGH, FRANKLIN W. HOBBS, IAIN J.G. NAPIER, DOUGLAS D. TOUGH, LOUIS VACHON, ROGER G. EATON, H. SANFORD RILEY, CHARLES M. HERINGTON, and TRACEY I. JOUBERT,<br>      Defendants,<br><br>MOLSON COORS BREWING COMPANY,<br>      Nominal Defendant. | Case No: 1:19-cv-01379- KLM<br><br><br>JURY TRIAL DEMANDED |

NOTICE OF RELATED CASES PURSUANT TO D.C.COLO. LCIVR 3.2

  Plaintiff George N. Murr, by and through his counsel of record, and for his Notice of Related Cases Pursuant to D.C.Colo. LCivR 3.2, states the following:

  1.  Plaintiff George N. Murr filed the above captioned shareholder derivative action on behalf of Molson Coors Brewing Company.

  2.  There exist three factually-related cases currently pending before this Court:

- *Schmier v. Molson Coors Brewing Company, et al.,* Case No. 1:19-cv-00898-STV;

- *Segalis v. Molson Coors Brewing Company, et al.,* Case No. 1:19-cv-00455-DME-MEH; and

- *Sussberg v. Molson Coors Brewing Company, et al*., Case No. 1:19-cv-00514-KLM.

Respectfully submitted this 14th day of May, 2019

        **BURG SIMPSON**
        **ELDREDGE HERSH & JARDINE, P.C.**

        *s/ Meghan C. Quinlivan*
        Meghan C. Quinlivan
        Burg Simpson Eldredge Hersh & Jardine, P.C.
        40 Inverness Drive East
        Englewood, Colorado, 80112
        Telephone: (303) 792-5595
        Facsimile: (303) 708-0527
        E-Mail:  mquinlivan@burgsimpson.com

        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 14, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

**BURG SIMPSON
ELDREDGE HERSH & JARDINE, P.C.**

*s/ Meghan C. Quinlivan*
Meghan C. Quinlivan
Burg Simpson Eldredge Hersh & Jardine, P.C.
40 Inverness Drive East
Englewood, Colorado, 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527
E-Mail:  mquinlivan@burgsimpson.com

*Attorney for Plaintiff*