# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| GEORGE N. MURR, Derivatively on Behalf of Nominal Defendant MOLSON COORS BREWING COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>PETER H. COORS, PETER J. COORS, GEOFFREY E. MOLSON, ANDREW T. MOLSON, MARK R. HUNTER, BETTY K. DEVITA, MARY LYNN FERGUSON-MCHUGH, FRANKLIN W. HOBBS, IAIN J.G. NAPIER, DOUGLAS D. TOUGH, LOUIS VACHON, ROGER G. EATON, H. SANFORD RILEY, CHARLES M. HERINGTON, TRACEY I. JOUBERT,<br>                Defendants,<br>and<br><br>MOLSON COORS BREWING COMPANY,<br>                Nominal Defendant. | **Civil Case No: 1:19-cv-01379-RBJ** |

## ORDER TO REOPEN AND DISMISS WITHOUT PREJUDICE

This matter comes before the Court upon the Parties' Joint Motion To Reopen And Dismiss Without Prejudice (the "Motion") pursuant to F.R.C.P. 23.1. Having reviewed the matter and being fully advised of the bases, the Court finds that good cause is shown to reopen and dismiss this Action in light of the Court's dismissal in the Securities Action. Therefore, it is:

ORDERED that the Motion is granted and the Action is dismissed without prejudice.

Date: 6/28/2021                                                              BY THE COURT:

*[signature]*

_____
R. Brooke Jackson
U.S. District Court Judge